# ATTACHMENT 1

## COMPLAINT FORM
(for non-prisoner filers without lawyers)

FILED/REC'D
2023 JUN 29 P 3:05
CLERK OF COURT
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))

Devonere Johnson, Nanu Sulureh

N████ J████, G████ G█

N████ J████

vs

(Full name of defendant(s))

City of Madison et al

Malajasia Birchette

Case Number:

23 CV 441 WMC
(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
(State)

__714 Vera Court apt 201, Madison WI 53704__
(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant City of Madison, Malajasia Birchette
(Name)

is (if a person or private corporation) a citizen of Wisconsin
(State, if known)

and (if a person) resides at City of Madison, 714 Vera court apt 202
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for City of Madison, et al
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On or around 6-14-23 Malajasia Birchette made defamatory statements or false statements purporting to be fact to Madison Police Department. The case number is 2023-00250609. Madison Police racially profiled Devonere Johnson which caused the officers to act negligent in collecting evidence. Before the Police officers allowed Devonere Johnson or Nana Sulureh to speak Police used excessive force to detain us and shoved us to the ground.

Attachment One (Complaint) – 2

While in full tatical gear and guns out Police asked if they can search our apartment. Devonere Johnson and Nanu Sulureh said no. We told them our children G___ G___ 8yrs, N___ J___ 3yrs and N___ J___ Jr" were upstairs alone while we were detained. While holding Devonere and Nanu at gunpoint and in handcuffs Police continued to act negligently by coercing Devonere and Nanu to agree to a "wellfare check" on the children ages 3, 8 and 1. Police walked Nanu to our apartment went inside pointed guns at the children telling them to get in the bathroom violating our civil rights and violating our 4th Amendment. Madison Police invaded our Privacy rummaging through our apartment and damaging our carpet. Madison Police searched our vehicle with our consent before taking us out of handcuffs. Devonere and Nanu asked all 8+ officers for badge numbers twice. When only 3 officers wrote down badge numbers we asked again and

got 2 more badge numbers those badge numbers are 5254, 5604, 5933, 3642, 5684. Police also had an Helicopter flying over our apartment. We believe Madison Police responding to 2023-00250609 didnt provide badge numbers in an attempt to hide or destroy evidence. The Madison Police did not have a warrant and didnt find any evidence in plain view that would warrant a warrantless search. We are bringing this claim under 42 US code 1983. We are suing for Civil Rights violations, Conspiracy, intentional tort, Emotional distress, Fourth Amendment Violation, Reputational harm, Negligent tort, Excessive force, Government Negligence, Police Misconduct, Failure to train, Defamation, invasion of privacy, Unreasonable search and siezure. We have been humiliated, embarrassed, discombobulated and traumatized. Plaintiff brings class action to restore Civil Rights.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

$10,000,000 in damages and injunctive relief. Plaintiff wants Madison Police to follow or update policy concerning misconduct. Plaintiff wants Malajasia to stop stalking and harassing residents that live at 714 vera court apt 201.

E.   JURY DEMAND

☒ Jury Demand – I want a jury to hear my case
   OR
☐ Court Trial – I want a judge to hear my case

Dated this __28__ day of __June__ 20_23_.

Respectfully Submitted,

_Devonese Johnson, NC. Sidurek, GG, NJ, MJ_
Signature of Plaintiff

_608-207-5793, 608-207-6848_
Plaintiff's Telephone Number

_yeshuanytr@gmail.com, Sulurehnanu@gmail.com_
Plaintiff's Email Address

_714 vera court apt 201 madison WI 53704_

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.